IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-cv-00053 |
| | ) | |
| TROY MORELAND, ASHLEY MORELAND, | ) | |
| FIRST STATE BANCSHARES OF | ) | |
| YOAKUM, INC., AND OCWEN | ) | |
| FINANCIAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

Plaintiff, United States of America, pursuant to 26 U.S.C., Sections 7401 and 7403, at the direction of the Attorney General of the United States, or his delegate, and at the request of the Secretary of the Treasury, or his delegate, files this Complaint against Defendant, Troy Moreland, and Ashley Moreland (the Moreland Defendants): (1) for a judgment against the Moreland Defendants for unpaid federal tax liabilities, (2) to foreclose federal tax liens against, and sell, certain real property located in Victoria County, Texas, owned by the Moreland Defendants, and (3) to obtain, if appropriate, the 10% surcharge available under sub-chapter B or C of the Federal Debt Collection Procedure Act.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction of this action under 26 U.S.C. §§ 7402(a) and 7403 and 28 U.S.C. §§ 1331, 1340 and 1345.

## THE PARTIES

2.      Plaintiff is the United States of America.

3.      Defendant, Troy Moreland, is the taxpayer owing taxes to the United States. He resides in Yoakum, Texas, which is within the jurisdiction of this Court.

4.      Defendant, Ashley Moreland, the wife of Troy Moreland, is a taxpayer owing taxes to the United States. She resides in Yoakum, Texas, within the jurisdiction of this Court.

5.      Defendant First State Bancshares of Yoakum, Inc. ("First State") is joined as a defendant in accordance with 26 U.S.C. § 7403(b) because it may hold a mortgage lien on the real property upon which foreclosure is being requested.  Defendant First State may be served by serving its registered agent and President, A.G. Hermann, III, at 402 West Grand Avenue, Yoakum, Texas, 77995.

6.      Defendant Ocwen Financial Corporation ("Ocwen") is joined as a defendant in accordance with 26 U.S.C. § 7403(b) because it may hold a mortgage lien on the real property upon which foreclosure is being requested. It may be served through its registered agent, Corporation Service Company, located at 211 7th Street, Suite 620, Austin, Texas 78701.

## COUNT I (JUDGMENT FOR TAX LIABILITY)

7.      A delegate of the Secretary of the Treasury assessed against the Moreland Defendants for unpaid federal income tax (Form 1040), statutory additions, and interest on the dates and for the periods as follows:

| Type of Tax | Tax Period | Date of Assessment | Unpaid Balance as of August 15, 2018 | Date Notice of Federal Tax Lien Filed |
|---|---|---|---|---|
| Form 1040 | 2012 | 09-29-2014 | $34,047.63 | 04-18-2016 |
| Form 1040 | 2013 | 11-03-2014 | $52,100.75 | 04-18-2016 |
| Form 1040 | 2014 | 11-23-2015 | $46,318.81 | 04-18-2016 |
|  |  |  | Total $132,467.19 |  |

[*See* Certificates of Assessments, Payments and Other Specified Matters (Form 4340), and

Account Transcripts, for the Moreland Defendants for the years 2012, 2013, and 2014, attached as **Government Exhibits 1-3**]. These assessments were made against the Moreland Defendants based on their own voluntarily filed tax returns.

8.     Despite having been given proper notice and demand for payment of the tax liabilities shown in paragraph 7, above, the Moreland Defendants have not fully paid the amounts due. The United States is therefore entitled to a judgment stating that the Moreland Defendants are liable to the United States for $132,467.19, as of August 15, 2018, plus prejudgment and post judgment interest at the rates set forth in 26 U.S.C. §§ 6601 and 6621, 28 U.S.C. § 1961(c), until paid.

## COUNT II (ENFORCEMENT OF TAX LIENS)

9.     At the time of each of the above-described assessments, a federal tax lien arose, under 26 U. S. C. Section 6321, the tax liabilities and attached to all property or rights to property then owned, or thereafter acquired, by the Moreland Defendants for the unpaid income tax liabilities.

10.     The Moreland Defendants are the owners of certain real property located at 369 Bruce Lane, Yoakum, Texas 77995 ("the Bruce Lane property"). In addition, Troy Moreland owns additional acreage that surrounds the Bruce Lane property. Upon information and belief, the total acreage of the Bruce Lane property and the surrounding acreage is approximately 25 acres. The warranty deeds issued to the Moreland Defendants for the Bruce Lane property and the surrounding acreage are attached as **Government Exhibits 4 – 5**.

11.     The Internal Revenue Service recorded Notices of Federal Tax Lien against Moreland Defendants in the Office of the County Clerk of Victoria County, Texas, with respect to the above described tax liabilities on April 18, 2016, and December 20, 2016.

3

12.     Certified copies of the Notices of Federal Tax Lien are attached as **Government Exhibits 6 - 7**. The federal tax liens against the Moreland Defendants attach to and encumber the Bruce Lane property and the surrounding acreage.

13.     As the tax liabilities remain unpaid, the federal tax liens should be foreclosed against the Moreland Defendant's interest in the real properties described in paragraph 10 above. Additionally, the Bruce Lane property and the surrounding acreage should be ordered sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action with the proceeds of the sale being paid first to the costs of sale and then to the parties in the order of their priority of interest in the property.

14.     Defendants First Share and Ocwen may claim an interest in the Bruce Lane property and if so their priority must be determined.

### COUNT III (FEDERAL DEBT COLLECTION PROCEDURE ACT)

15.     28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

WHEREFORE, the United States of America requests that this Court:

a.     Enter judgment in favor of the United States and against the Moreland Defendants for unpaid federal income tax liabilities for the years 2012, 2013, and 2014, in the amount of $132,467.19, as of August 15, 2018, plus prejudgment and post judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c) until paid;

4

       b.      Determine that the United States has valid and subsisting federal tax liens which attached to all of the property and rights to property of the Moreland Defendants, including, their interest in the real property described in paragraph 10, above;

       c.      Determine the priority of the interests of the parties in the subject real property described in paragraph 10, above;

       d.      Order that the United States' federal tax liens be foreclosed upon the real property described in paragraph 10, above, that the property be sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action, and that the net proceeds of the sale be distributed to the parties in the order of their priority of interest in the property;

       e.      Order that, if the amounts distributed to the United States from the net proceeds of the sale of the real property described in paragraph 10 above are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against the Moreland Defendants; and

       f.      Award the United States such other and further relief as this Court deems just and proper, including, judgment for an amount equal to its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

RYAN K. PATRICK
United States Attorney

MOHA P. YEPURI
Attorney, Tax Division
State Bar No. 24046651
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9767
(214) 880-9741 (FAX)
Moha.P.Yepuri@usdoj.gov
ATTORNEYS FOR THE UNITED STATES



# United States   of America

### Department of the Treasury
### Internal Revenue Service

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy B. and Ashley G. Moreland, Social Security Numbers: ███ 1427 and ███ 6825, covering United States Individual Income Tax for the period ending December 31, 2012

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Tracy Chadwick
Chief, Accounting Operations

Catalog Number 19002E

**Government Exhibit**

1

Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------


TROY B & ASHLEY G MORELAND              EIN/SSN:    ████    ·1427
                                                            ·6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   2012

                                        ASSESSMENT,   PAYMENT,   ASSESSMENT
                                        OTHER DEBITS  CREDIT     DATE (23C,
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)    (REVERSAL) RAC 006 )
--------------------------------------------------------------------------------

            RETURN PREPARER TIN:
            ████

            ADJUSTED GROSS INCOME
                      205,648.00

            TAXABLE INCOME
                      134,244.00

            SELF EMPLOYMENT TAX
                      17,218.00

08-30-2014  RETURN FILED & TAX ASSESSED        42,839.00            09-29-2014
            18221-242-30308-4  201437

08-01-2012  ESTIMATED TAX DECLARATION                    2,000.00

08-13-2013  RECEIVED POA/TIA

            ESTIMATED TAX PENALTY                356.87            09-29-2014
            20143705

            LATE FILING PENALTY                9,188.77            09-29-2014
            20143705

            FAILURE TO PAY TAX                 3,675.51            09-29-2014
            PENALTY
            20143705

            INTEREST ASSESSED                  2,235.96            09-29-2014
            20143705

09-26-2014  PENDING INSTALLMENT
            AGREEMENT

11-03-2014  OVERPAID CREDIT APPLIED                     28,904.76
            1040       201012

01-05-2015  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-06-2015  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)               PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

TROY B & ASHLEY G MORELAND              EIN/SSN: ▓▓▓▓   1427
                                                        6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-06-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-16-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-16-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 09-26-2014 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 03-27-2015 | PENDING INSTALLMENT AGREEMENT | | | |
| 06-27-2015 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 08-22-2015 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-14-2015 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

 TROY B & ASHLEY G MORELAND          EIN/SSN:          1427
                                                       6825



 TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
 FORM: 1040      TAX PERIOD: DEC  2012


                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                     (REVERSAL)    (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------

 09-04-2015 FEDERAL TAX LIEN

 09-28-2015 FEES AND COLLECTION COSTS           62.00

 09-08-2015 LIEN CDP NOTICE

            INTEREST ASSESSED                  915.82         10-12-2015
            20153805

            FAILURE TO PAY TAX              1,516.96          10-12-2015
            PENALTY
            20153805

 11-03-2014 OVERPAID CREDIT APPLIED                    42.48
            1040        201012

 04-15-2016 FEDERAL TAX LIEN

 05-09-2016 FEES AND COLLECTION COSTS          104.00

 04-19-2016 LIEN CDP NOTICE

 05-01-2017 INITIAL LEVY ISSUED
            (EFFECTIVE 01-01-2017)

 09-29-2014 Statutory Notice of Balance Due

 10-20-2014 Statutory Notice of Intent to Levy

 10-12-2015 Statutory Notice of Balance Due


 FORM 4340  (REV. 01-2002)                PAGE   3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY B & ASHLEY G MORELAND           EIN/SSN: ▮▮▮▮▮ 1427
                                                     6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE        29,947.65

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Tracy Chadwick_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)              PAGE     4



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy B. and Ashley T. Moreland, Social Security Numbers: ███-1427 and ███-6825, covering United States Individual Income Tax for the period ending December 31, 2013

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Tracy Chadwick
Chief, Accounting Operations

**Government Exhibit**
2

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN:        1427
                                                    6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2013

|  |  | ASSESSMENT,<br>OTHER DEBITS | PAYMENT,<br>CREDIT | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | | | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |
------------------------------------------------------------------------------

RETURN PREPARER TIN:

ADJUSTED GROSS INCOME
          169,230.00

TAXABLE INCOME
          107,867.00

SELF EMPLOYMENT TAX
          18,884.00

09-26-2014 RETURN FILED & TAX ASSESSED             35,708.00         11-03-2014
           76221-669-03898-4   201442

09-05-2013 RECEIVED POA/TIA

03-24-2014 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2014

           ESTIMATED TAX PENALTY             641.00              11-03-2014
           20144205

           FAILURE TO PAY TAX            1,249.78               11-03-2014
           PENALTY
           20144205

           INTEREST ASSESSED               597.77               11-03-2014
           20144205

01-05-2015 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-06-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-06-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-16-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN: [REDACTED] -1427
                                             -6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-16-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-27-2015 | PENDING INSTALLMENT AGREEMENT | | | |
| 06-27-2015 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 08-22-2015 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-14-2015 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-04-2015 | FEDERAL TAX LIEN | | | |
| 09-08-2015 | LIEN CDP NOTICE | | | |
| | INTEREST ASSESSED 20153805 | 1,092.11 | | 10-12-2015 |
| | FAILURE TO PAY TAX PENALTY 20153805 | 3,749.34 | | 10-12-2015 |

FORM 4340  (REV. 01-2002)          PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN: ▓▓▓▓ 1427
                                              6825

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-15-2016 | FEDERAL TAX LIEN | | | |
| 04-19-2016 | LIEN CDP NOTICE | | | |
| 05-01-2017 | INITIAL LEVY ISSUED (EFFECTIVE 01-01-2017) | | | |
| 11-03-2014 | Statutory Notice of Balance Due | | | |
| 11-24-2014 | Statutory Notice of Intent to Levy | | | |
| 10-12-2015 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)            PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

TROY B & ASHLEY T MORELAND          EIN/SSN:          -1427
                                                      -6825

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013

BALANCE       43,038.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME: _____Tracy Chadwick_____

TITLE: _____Chief, Accounting Operations_____

DELEGATION ORDER: _____WI-i1-5_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)              PAGE    4



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy and Ashley T. Moreland, Social Security Numbers: ▮▮▮▮1427 and ▮▮▮▮-6825, covering United States Individual Income Tax for the period ending December 31, 2014

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Tracy Chadwick
Chief, Accounting Operations

**Government**
**Exhibit**

3

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

TROY & ASHLEY T MORELAND          EIN/SSN:        ·1427
                                                  ·6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2014

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |

------------------------------------------------------------------------

**RETURN PREPARER TIN:**

**ADJUSTED GROSS INCOME**
            168,036.00

**TAXABLE INCOME**
            95,615.00

SELF EMPLOYMENT TAX
            19,266.00

| 10-15-2015 | RETURN FILED & TAX ASSESSED | | 32,835.00 | 11-23-2015 |
| | 76211-688-80016-5  201544 | | | |

02-09-2015 RECEIVED POA/TIA

04-10-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

04-15-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

| | ESTIMATED TAX PENALTY | | 590.00 | 11-23-2015 |
| | 20154405 | | | |

| | FAILURE TO PAY TAX | | 1,313.40 | 11-23-2015 |
| | PENALTY | | | |
| | 20154405 | | | |

| | INTEREST ASSESSED | | 604.60 | 11-23-2015 |
| | 20154405 | | | |

02-29-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

TROY & ASHLEY T MORELAND            EIN/SSN:          1427
                                                      6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-05-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-05-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-15-2016 | FEDERAL TAX LIEN | | | |
| 04-19-2016 | LIEN CDP NOTICE | | | |
| 10-15-2016 | AMENDED RETURN FILED 33277-708-00131-6 | | | |
| 11-28-2016 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-21-2016 | AMENDED RETURN FILED 89277-758-09440-6 | | | |
| | ADDITIONAL TAX ASSESSED 56254-437-05003-7  20170605 | | 0.00 | 02-27-2017 |
| 02-27-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)               PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

TROY & ASHLEY T MORELAND          EIN/SSN:          1427
                                                    6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   2014


|      |                              | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION   | OTHER DEBITS | CREDIT | DATE (23C, |
|      |                              | (REVERSAL)  | (REVERSAL) | RAC 006 ) |
--------------------------------------------------------------------------

02-27-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

11-23-2015 Statutory Notice of Balance Due

12-14-2015 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

TROY & ASHLEY T MORELAND                  EIN/SSN:        1427
                                                          6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014
--------------------------------------------------------------------------------


BALANCE        35,343.00

--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Tracy Chadwick_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)              PAGE    4

OFFICIAL RECORDS INSTRUMENT # 200610954 5 pgs

# WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

DATE        Aug 15, 2006

GRANTOR     Ricardo MARES and MARIA MARES

GRANTEE     TROY B MORELAND and ASHLEY MORELAND

GRANTEE'S MAILING ADDRESS

369 Bruce Lane
Victoria, TX  77905

CONSIDERATION   Ten Dollars and other valuable consideration

PROPERTY   The following described Land

> See EXHIBIT "A" hereto attached, SAVE AND EXCEPT that land shown on EXHIBIT "B" hereto attached

Together with and including all of the Grantor's right, title and interest in and to the rights and appurtenances in any way belonging or appurtenant to said Land, including, without limitation  (i) any improvements on said Land, (ii) strips and gores, if any, adjacent or contiguous to the Land, (iii) any land lying in or under the bed of any street, alley, road, creek or stream running through, abutting or adjacent to the Land, (iv) any riparian rights appurtenant to the Land relating to surface or subsurface waters, and (v) easements, rights of ingress and egress and reversionary interests benefitting or serving the Land (the Land and other appurtenant rights being referred to herein as the "Property")

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY

This conveyance is subject to the following matters to the extent that such are presently in force and effect and affect the Property

(1)   All easements, rights-of-way and restrictive covenants, if any, of record with the County Clerk of the County in which the Property is located,

(2)   Taxes for the current year, the payment of which Grantee assumes,

(3)   All mineral estate reservations and conveyances (including assignments or reservations of royalty interests) by Grantor and by Grantor's predecessors in title as shown by the records of the County Clerk of the County in which the Property is located, and the rights of the owner of any portion of the mineral estate and the rights of any lessee or other person claiming an interest in oil, gas and other minerals under oil, gas and mineral leases or other documents as such is shown by the records of the County Clerk of the County in which the Property is located

GRANT OF PROPERTY

Grantor, for the Consideration and subject to the Reservations From and Exceptions to Conveyance and Warranty, GRANTS, SELLS, and CONVEYS to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold unto Grantee, Grantee's heirs, executors, administrators, successors, and assigns forever  Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend

STEWART TITLE
OF VICTORIA, INC
GF # A00707173

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office.  Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 1 of 5      By _____ Deputy
                    Michelle Longoria

Government Exhibit

4

all and singular the Property to Grantee and Grantee's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations From and Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

Ricardo Mares
Ricardo mds

Maria Mares

STATE OF TEXAS                    §
                                 §
COUNTY OF Victoria               §

This instrument was acknowledged before me on the 15 day of Aug
2006 by RICARDO MARES and MARIA MARES
Ricardo mds

Notary Public, State of Texas

MELANIE D. SMITH
Notary Public
State of Texas
Comm. Exp. 10-23-2009

Return to
Stewart Title Company of Victoria
115 W Santa Rosa
Victoria, Texas 77901

GF No  26070773 MS

F \5686\06\Mareland\Trayland-227-21-17 doc          - 2 -

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By    Deputy
Michelle Longoria

# EXHIBIT 'A'

Being a 25.10 acre tract of land situated in the T. & N. O. Railroad Company Survey No. 10, Abstract 472, Victoria County, Texas, and being that same tract of land described as 25 acres as conveyed by Lee P. Nickel to Bruce Nickel according to instrument recorded in Volume 1015, Page 477 of the Deed Records of said County, said 25.10 acre tract of land being more fully described by metes and bounds in Deed of record in Volume 265, Page 01, Official Records, Victoria County, Texas.

Together with a twelve foot (12') easement for ingress and egress described in a deed from Ruby Lee Nickel to Lee P. Nickel, recorded in Volume 1015 Page 153 of the Deed Records of Victoria County, Texas.

All rights under four easement agreements in favor of Bruce Nickel from (1) Thomas L. Geistman, Jr. and Deena Geistman, recorded in Volume 264, Page 845, Official Records; (2) Carl Hewer and Cindy Hewer recorded in Volume 264, Page 858, Official Records; (3) Wilson W.Vowell and Mamie Vowell recorded in Volume 264, Page 852; (4) Sanford R. Brown and Nancy B. Brown recorded in Volume 264, Page 864; providing a forty foot (40') ingress and egress easement to the above 25.10 acres.

NOTE:    The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the above legal description of the area or quantity of land is not a representation that such area or quantity is correct, but is made only for informational and/or identification purposes and does not override item 2 of Schedule B hereof.

---

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

*Exhibit "B"*

**10.00 ACRE TRACT**
**FIELDNOTE DESCRIPTION**

| STATE OF TEXAS | } |
|---|---|
| COUNTY OF VICTORIA | } |

Being 10.00 acres situated in and a part of the T. & N.O. Railroad Survey No. 10, Abstract No. 472, Victoria County, Texas, and is a portion of that certain 25.10 acre tract recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas. This 10.00 acres is more fully described by metes and bounds as follows;

BEGINNING at a iron rod found for the South corner of this 10.00 acres, also being the South corner of said 25.10 acre tract, and the East corner of a 3.362 acre tract recorded in Instrument Number 200413555 of the Official Records of Victoria County, Texas;

THENCE, N 36°00'00" W ( bearing reference line ) with the common line of this tract, said 3.362 acre tract, a 9.09 acre tract recorded in Volume 2, Page 346 of the Official Records of Victoria County, Texas and a 12.50 acre tract recorded in Instrument No. 200003784 of the Official Records of Victoria County, Texas, a distance of 947.00 feet to a iron rod set for the West corner of this 10.00 acres;

THENCE, crossing said 25.10 acre tract as follows;

1. N 54°10'00" E a distance of 460.00 feet to a iron rod set for the North corner of this 10.00 acres;

2. S 36°00'00" E a distance of 947.45 feet to a iron rod set for the East corner of this 10.00 acres;

THENCE, S 54°30'36" W with the common line of this tract and a 25.00 acre tract recorded in Volume 1232, Page 119 of the Deed Records of Victoria County, Texas, a distance of 72.37 feet to a iron rod found for a corner of this 10.00 acres;

THENCE, S 54°10'00" W with the common line of this tract and a 4.21 acre tract recorded in Volume 1327, Page 853 of the Deed Records of Victoria County, Texas, also being the Northwest line of Bruce Lane ( a 12' foot wide ingress and egress easement, Volume 1015, Page 153, Deed Records ) a distance of 387.63 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 10.00 acres.

A survey plat accompanies this description

The foregoing FIELDNOTE DESCRIPTION was prepared from an on the ground survey made under my direction and supervision on August 10, 2006, and bearings are based on a deed recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas.

_____          8-11-06
Dennis J. Ellis                           Date
Registered Professional
Land Surveyor
Texas No. 4736

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Val D Huvar*

2006 AUG 16  04:29 PM 200610954
RONNIED $23.00
VAL D. HUVAR ,COUNTY CLERK
VICTORIA COUNTY, TEXAS

Ret to Troy Moreland
36 Bruce
Yoakum TX  77995

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

OFFICIAL RECORDS INSTRUMENT # 200610955 4 pgs

### GENERAL WARRANTY DEED

| | |
|---|---|
| THE STATE OF TEXAS | § |
| COUNTY OF VICTORIA | § |

KNOW ALL MEN BY THESE PRESENTS

THAT RICARDO MARES and spouse, MARIA MARES hereinafter referred to as "Grantor" (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable consideration to Grantor in hand paid by TROY MORELAND, A MARRIED MAN, hereinafter referred to as "Grantee" (whether one or more), the receipt and sufficiency of which are hereby acknowledged and confessed, and for the further consideration of the execution and delivery by said Grantee of one certain Promissory Note in the original principal sum of ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($150,000 00), bearing even date herewith, payable to the order of DECISION ONE MORTGAGE COMPANY, LLC, hereinafter called "Mortgagee", bearing interest at the rate therein provided, said Note containing an attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and Superior Title retained herein in favor of said Grantor and assigned to Mortgagee, and also being secured by a Deed of Trust of even date herewith from Grantee to GEORGE M SHANKS, JR , Trustee, and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the property hereinafter described, as evidenced by the above described Promissory Note, said Vendor's Lien and Superior Title against said property securing the payment of said Promissory Note are hereby assigned, transferred and delivered, without recourse, to Mortgagee, Grantor hereby conveying to said Mortgagee the said Superior Title to said property, subrogating said Mortgagee to all rights and remedies of Grantor in the premises by virtue of said liens,

And Grantor has GRANTED, SOLD AND CONVEYED, and by these presents does GRANT, SELL AND CONVEY, unto said Grantee, the following described real property, to-wit.

SEE EXHIBIT 'A' ATTACHED HERETO AND MADE A PART
HEREOF FOR ALL PURPOSES,

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said Grantee, his heirs and assigns, FOREVER Grantor does hereby bind himself, his heirs, executors and administrators, TO WARRANT AND FOREVER DEFEND all and singular the said premises unto the said Grantee, his heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof

This Deed is executed, delivered and accepted subject to all and singular any liens securing the payment of any debt created or assumed in connection herewith if such liens are described herein, ad valorem taxes for the current and all subsequent years, subsequent assessments for prior years due to changes in land usage or ownership, zoning ordinances, utility district assessments and standby fees, if any, applicable to and enforceable against the above described property, and all valid utility easements created by the dedication deed or plat of the subdivision in which said real property is located, covenants, restrictions common to the platted subdivision in which said real property is located, mineral reservations, maintenance fund liens, if any, applicable to and enforceable against the above described property as shown by the records of the County Clerk of the County in which said real property is located, and any title or rights asserted by anyone, including, but not limited to, persons, corporations, governments or other entities to tidelands, or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs or oceans, or to

Page 1 of 2 Pages

STEWART TITLE
OF VICTORIA, INC.
GF # 200700773

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office.  Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

Government Exhibit
5

any land extending from the line of the harbor or bulkhead lines as established or changed by any government or to filled-in lands, or artificial islands, or to riparian rights or other statutory water rights, or the rights or interests of the State of Texas or the public generally in the area extending from the line of mean low tide to the line of vegetation or the right of access thereto, or right of easement along and across the same, if any, applicable to and enforceable against the above described property

But it is expressly agreed that the Grantor herein reserves and retains for himself, his heirs and assigns, a VENDOR'S LIEN, as well as the Superior Title, against the above described property, premises and improvements, until the above described Promissory Note and all interest thereon have been fully paid according to the terms thereof, when this Deed shall become absolute

The contract between Grantor as the seller and Grantee as the buyer may contain limitations as to warranties, to the extent said contract provides for such limitations to survive this conveyance they shall be deemed incorporated herein by reference   The warranty of title contained in this deed is hereby expressly excluded from the limitations referenced in this paragraph

WHEN this Deed is executed by more than one person, or when the Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns"  Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be

DATED the _15_ day of AUGUST, 2006

_Ricardo Mares_
RICARDO MARES

_Maria Mares_
MARIA MARES

Grantee's Mailing Address
369 BRUCE LANE
VICTORIA, TEXAS 77905

THE STATE OF TEXAS             §

COUNTY OF _Victoria_           §

This instrument was acknowledged before me on the _____15_____ day of _Aug_ , 20 _06_ by RICARDO MARES  and MARIA MARES

_Melanie D Smith_
NOTARY PUBLIC

My commission expires

_____
Notary's Name (printed)

MELANIE D. SMITH
Notary Public
State of Texas
Comm. Exp  10-23-2008
Page 2 of 4 pages

D1 MORELAND 2330060788950 CM cm

---

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page _2_ of _4_        By _Michelle Longoria_        Deputy

Michelle Longoria

*Exhibit "A"*

**10.00 ACRE TRACT**
**FIELDNOTE DESCRIPTION**

STATE OF TEXAS                                              }

COUNTY OF VICTORIA                                          }

Being 10.00 acres situated in and a part of the T. & N.O. Railroad
Survey No. 10, Abstract No. 472, Victoria County, Texas, and is a
portion of that certain 25.10 acre tract recorded in Volume 265,
Page 021 of the Official Records of Victoria County, Texas. This
10.00 acres is more fully described by metes and bounds as follows:

BEGINNING at a iron rod found for the South corner of this 10.00
acres, also being the South corner of said 25.10 acre tract, and
the East corner of a 3.362 acre tract recorded in Instrument Number
200413555 of the Official Records of Victoria County, Texas;

THENCE, N 36°00'00" W ( bearing reference line ) with the common
line of this tract, said 3.362 acre tract, a 9.09 acre tract
recorded in Volume 2, Page 346 of the Official Records of Victoria
County, Texas and a 12.50 acre tract recorded in Instrument No.
200003784 of the Official Records of Victoria County, Texas, a
distance of 947.00 feet to a iron rod set for the West corner of
this 10.00 acres;

THENCE, crossing said 25.10 acre tract as follows;

  1. N 54°10'00" E a distance of 460.00 feet to a iron rod set for
     the North corner of this 10.00 acres;

  2. S 36°00'00" E a distance of 947.45 feet to a iron rod set for
     the East corner of this 10.00 acres;

THENCE, S 54°30'36" W with the common line of this tract and a
25.00 acre tract recorded in Volume 1232, Page 119 of the Deed
Records of Victoria County, Texas, a distance of 72.37 feet to a
iron rod found for a corner of this 10.00 acres;

THENCE, S 54°10'00" W with the common line of this tract and a 4.21
acre tract recorded in Volume 1327, Page 853 of the Deed Records of
Victoria County, Texas, also being the Northwest line of Bruce Lane
( a 12' foot wide ingress and egress easement, Volume 1015, Page
153, Deed Records ) a distance of 387.63 feet to the PLACE OF
BEGINNING; CONTAINING within these metes and bounds 10.00 acres.

A survey plat accompanies this description

The foregoing FIELDNOTE DESCRIPTION was prepared from an on the
ground survey made under my direction and supervision on August 10,
2006, and bearings are based on a deed recorded in Volume 265, Page
021 of the Official Records of Victoria County, Texas.

*8-71-06*
**Date**

Dennis J. Ellis
Registered Professional
Land Surveyor
Texas No. 4736

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office. Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

Page 3 of 4

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Val D Huvar*

2006 AUG 16  04:29 PM 200610955
RONNIED $19.00
VAL D. HUVAR ,COUNTY CLERK
VICTORIA COUNTY, TEXAS

Ret to:  Troy Moreland
369 Bruce Ln
Yoakum TX 77995

---

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office. Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 4 of 4          By _____ Deputy
                        Michelle Longoria

5216

2 pgs  201604155
FTL

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | 207073716 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   TROY & ASHLEY T MORELAND

Residence     369 BRUCE LN
              YOAKUM, TX 77995-6611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-1427 | 09/29/2014 | 10/29/2024 | 29843.65 |
| 1040 | 12/31/2013 | XXX-XX-1427 | 11/03/2014 | 12/03/2024 | 43038.00 |
| 1040 | 12/31/2014 | XXX-XX-1427 | 11/23/2015 | 12/23/2025 | 35343.00 |

| Place of Filing | | |
|---|---|---|
| VICTORIA COUNTY<br>VICTORIA, TX 77901 | Total $ | 108224.65 |

This notice was prepared and signed at     NASHVILLE, TN                          , on this,

the _____06th_____ day of _____April_____, _____2016_____.

| Signature   *Cheryl Corder*<br>for F STEWART | Title<br>REVENUE OFFICER      25-08-2109<br>(512) 339-5537 |
|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page __1__ of __2__      By _____ Deputy

Michelle Longoria

Government
Exhibit

6

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Heidi Easley*

Heidi Easley, County Clerk
Victoria County  Texas
April 18, 2016  04:51:08 PM
JUILLIANS      FEE: $21.00
                FTL

201604155

✓ Filed and Returned to
INTERNAL REVENUE SERVICE
STOP 8420G
PO BOX 145595
CINCINNATI, OH 45250-9734

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 2 of 2          By _____ Deputy

Michelle Longoria



2 pgs
FTL

201613885

11874

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 241693216 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer TROY & ASHLEY T MORELAND

Residence       369 BRUCE LN
                YOAKUM, TX 77995-6611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-1427 | 11/21/2016 | 12/21/2026 | 6222.18 |

Place of Filing

VICTORIA COUNTY
VICTORIA, TX 77901

| | Total | $ | 6222.18 |

This notice was prepared and signed at ___ NASHVILLE, TN ___, on this,

the ___13th___ day of ___December___, ___2016___.

| Signature   Cheryl Cordant for F STEWART | Title REVENUE OFFICER (512) 339-5537 | 25-08-2109 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

Page 1 of 2

Government Exhibit

7

✓ Filed and Returned to
INTERNAL REVENUE SERVICE
STOP 8420G
PO BOX 145595
CINCINNATI, OH 45250-5734

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Heidi Easley*

Heidi Easley, County Clerk
Victoria County  Texas

December 20, 2016  01:51:55 PM

JUILLIANS      FEE: $21.00                    201613885
               FTL

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 2 of 2        By _____ Deputy

Michelle Longoria

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | TROY MORELAND, ASHLEY MORELAND, FIRST STATE BANCSHARES OF YOAKUM, INC., AND OCWEN FINANCIAL CORPORATION |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Victoria
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Attorney for U.S.:  Moha P. Yepuri, U.S. Dept. of Justice, Tax Division,
717 N. Harwood Street, Suite 400, Dallas, Texas 75201; (214) 880-9767

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from Another District *(specify)*

☐ 6  Multidistrict Litigation - Transfer

☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Sections 7401 and 7403.
Brief description of cause:
To reduce to judgment unpaid federal tax liabilities , foreclose and sale property and obtain 10% surcharge.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $   132,467.19

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   07/17/2018

SIGNATURE OF ATTORNEY OF RECORD   /s/ Moha P. Yepuri

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.