IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:18-cv-00053 |
| | § | |
| TROY MORELAND, ASHLEY MORELAND, | § | |
| FIRST STATE BANCSHARES OF | § | |
| YOAKUM, INC., AND OCWEN | § | |
| FINANCIAL CORPORATION, | § | |
| | § | |
| Defendants. | § | |

### FIRST STATE BANCSHARES OF YOAKUM INC., ORIGINAL ANSWER AND GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, FIRST STATE BANCSHARES OF YOAKUM ("BANK"), Defendant Lienholder, in the above-entitled and numbered cause, and files this Original Answer and General Denial to Plaintiff's Complaint on file herein, and for such Answer would respectfully show unto the Court as follows:

### GENERAL DENIAL

I.

For the purpose of properly placing the burden of proof herein, BANK denies generally the allegations contained in Plaintiff's Complaint, and requires that Plaintiff come forward before the Court and prove their allegations by a preponderance of the evidence as required by the United States Constitution.

II.

BANK asserts a valid and existing lien upon the proceeds of the sale of the real estate, subject to the lawful priorities as determined by this Court.

WHEREFORE, FIRST STATE BANCSHARES OF YOAKUM prays that upon final hearing that this Court determine the validity and extent of the various liens priorities in the proceeds of the sale, and that BANK have such other and further relief to which it is justly entitled.

Respectfully submitted,

ANDERSON, SMITH, NULL & STOFER, L.L.P.
One O'Connor Plaza, 7th Floor
P. O. Box 1969
Victoria, Texas 77902
(361) 573-9191 Telephone
(361) 573-5288 Facsimile

By: /s/ Richard T. Chapman
RICHARD T. CHAPMAN
State Bar No. 04130100
rchapman@andersonsmith.com
SCOTT KIMBALL
State Bar No. 11418500
skimball@andersonsmith.com

ATTORNEYS FOR DEFENDANT
FIRST STATE BANCSHARES OF YOAKUM, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Original Answer and General Denial was served upon the following by depositing the same in the United States mail, postage prepaid, on this 17th day of AUGUST, 2018.

Ryan K. Patrick, United States Attorney
Moha P. Yepuri, Attorney
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

_____
RICHARD T. CHAPMAN