IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 6:18-cv-00053 |
| TROY MORELAND, ASHLEY MORELAND, | ) | |
| FIRST STATE BANCSHARES OF | ) | |
| YOAKUM, INC., AND OCWEN | ) | |
| FINANCIAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JOINT MOTION TO SUBSTITUTE PARTIES AND TO
## AMEND THE UNITED STATES' ORIGINAL COMPLAINT

Plaintiff, the United States, and Defendant Ocwen Financial Corporation ("Ocwen"),

jointly move the Court to substitute in U.S. Bank National Association, as Trustee for MASTR

Asset-Backed Securities Trust 2006-HE4 Mortgage Pass-Through Certificates, Series 2006-HE4

("U.S. Bank as Trustee") as a defendant in place of Ocwen and allow the United States to amend

the original Complaint pursuant to Fed. R. Civ. P. 15(a)(2) because the United States has

received information that U.S. Bank as Trustee may claim an interest in the real property at issue

and is not yet a party to this proceeding, and because Ocwen is the parent company of Ocwen

Loan Servicing, LLC which services the loan but claims no interest in the real property at issue.

The United States shows as follows:

1.      The United States filed its complaint on July 17, 2018, naming Troy Moreland, Ashley

Moreland (collectively "the Moreland Defendants"), First State Bancshares of Yoakum ("First

State"), and Ocwen Financial Corpration ("Ocwen") as defendants in the case [Dkt. #1].  Its suit

seeks to reduce the federal tax assessments that have been made against the Moreland Defendants to judgment, and to foreclose the federal tax liens that have been filed against the Moreland Defendants against their homestead located at 369 Bruce Lane, in Yoakum, Texas.

2.      The United States served all defendants.  [Dkts. # 6-9].  The Moreland Defendants have failed to answer the United States' complaint; First State is represented by counsel and has filed a General Denial and Ocwen has filed an answer.  [Dkt. #s 10, 11].

3.      In September of 2018, a document entitled "Corporate Assignment of Deed of Trust" was filed in the deed records for Victoria County, Texas.  *See* Ex. 1.  The document assigns the Deed of Trust executed by the Moreland Defendants on the Bruce Lane property at issue in this suit from Decision One Mortgage Company, LLC, to U.S.  Bank as Trustee.  *Id.*

4.      Additionally, Defendant Ocwen claims no financial, legal or lien interest in the Bruce Lane property that is the real property that is at issue in this suit.  Defendant Ocwen is only the parent corporation of Ocwen Loan Servicing, LLC, which is the servicer of the mortgage of the Bruce Lane property.  Ocwen joins in this motion.

5.      The additional defendant, U.S. Bank as Trustee, that was not named when this suit was filed, is a necessary party because under 26 U.S.C. § 7403(b), all persons that claim an interest in the real property at issue must be made parties to the action.  The title documents provided to the United States were not clear at the inception of the suit, and U.S. Bank as Trustee became the owner of the mortgage on the Bruce Lane property in September 2018, after the United States' suit was filed.

6.      Attached, as Exhibit A, is the United States' First Amended Complaint, which it seeks leave to file in order to name U.S. Bank as Trustee, as a defendant.  The United States' First

Amended Complaint also removes Ocwen as a defendant to this lawsuit, based on their disclaimer of interest in the Bruce Lane property.

7.      The United States has conferred with Jeffrey Seewald, counsel for Defendant Ocwen, and with Richard Chapman, counsel for First State, and both counsel have confirmed that their clients are not opposed to this motion seeking leave to amend.

For the reason set out above, the United States moves to the Court to allow it to substitute in U.S. Bank as Trustee as a defendant in place of Ocwen, and file an the Amended Complaint consistent with this substitution by filing the United States' First Amended Complaint, a copy of which is attached to this motion as Exhibit 2.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

/s/ Moha P. Yepuri
MOHA P. YEPURI
Attorney, Tax Division
State Bar No. 24046651
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9767
(214) 880-9741 (FAX)


ATTORNEYS FOR THE UNITED STATES

JEFFREY RAY SEEWALD
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
(713) 520-1900
Fax: (713) 520-1025


ATTORNEYS FOR OCWEN FINANCIAL CORPORATION

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I conferred with Richard Chapman, counsel for First State Bancshares of Yoakum, on November 1, 2018, and he stated his client is unopposed to the relief sought in this motion.

/s/ Moha P. Yepuri
MOHA P. YEPURI

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 1, 2018, the following persons have been served with a copy of the foregoing motion via email by the Court's ECF system:

Jeffrey Ray Seewald
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002

Richard T Chapman
Anderson Smith et al
PO Box 1969
Victoria, TX 77902

/s/ Moha P. Yepuri
MOHA P. YEPURI