ELECTRONICALLY RECORDED
OFFICIAL PUBLIC RECORDS

*Heidi Easley*

9/4/2018 4:22 PM          FEE: $20.00
Heidi Easley, County Clerk
Victoria County, Texas
ASG          201810339          Pages: 2

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Victoria, Texas
SELLER'S SERVICING #:0705853687  "MORELAND"
SELLER'S LENDER ID#: DW2938.7
OLD SERVICING #: 325526713

MIN #: 1000779100067012 01   SIS #: 1-888-679-6377

Date of Assignment: August 24th, 2018
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026, FLINT, MI 48501
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET-BACKED SECURITIES TRUST 2006-HE4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE4 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: TROY B MORELAND AND ASHLEY MORELAND HUSBAND AND WIFE  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND/OR ASSIGNS
Date of Deed of Trust: 08/15/2006  Recorded: 08/16/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 200610956  In the County of Victoria, State of Texas.

Property Address: 369 BRUCE LANE, VICTORIA, TX 77905
Legal Description: As Referenced on Original Recorded Document

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $150,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

   TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND/OR ASSIGNS

On  AUG 2 4 2018
By:  *[signature]*
     Jimilla B. Hicks
     Assistant Secretary

*HAK*HAKGMAC*08/24/2018 07:47:31 AM* GMAC40GMACA00000000000005404012* TXVICTO* 0705853687 TXSTATE_TRUST_ASSIGN_ASSN **JBHGMAC*

**Government Exhibit**
1

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH

On **AUG 2 4 2018**, before me, **Amanda E. Jordan**, a Notary Public in and for Palm Beach in the State of Florida, personally appeared Jimilla B. Hicks, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Amanda E. Jordan*
Notary Expires: **NOV 3 0 2021**

Notary Public State of Florida
Amanda E Jordan
My Commission GG 164343
Expires 11/30/2021

(This area for notarial seal)

*HAK*HAKGMAC*08/24/2018 07:47:31 AM* GMAC40GMACA00000000000000005404012* TXVICTO* 0705853687 TXSTATE_TRUST_ASSIGN_ASSN **JBHGMAC*