IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TROY MORELAND, ASHLEY MORELAND, | ) | |
| FIRST STATE BANCSHARES OF | ) | |
| YOAKUM, INC., AND | ) | Case No. 6:18-cv-00053 |
| U.S. BANK AS TRUSTEE FOR MASTR | ) | |
| ASSET-BACKED SECURITIES TRUST | ) | |
| 2006-HE4 MORTGAGE PASS-THROUGH | ) | |
| CERTIFICATES, SERIES 2006-HE4, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' FIRST AMENDED COMPLAINT

Plaintiff, United States of America, pursuant to 26 U.S.C., Sections 7401 and 7403, at the direction of the Attorney General of the United States, or his delegate, and at the request of the Secretary of the Treasury, or his delegate, files this Complaint against Defendant, Troy Moreland, and Ashley Moreland (the Moreland Defendants): (1) for a judgment against the Moreland Defendants for unpaid federal tax liabilities, (2) to foreclose federal tax liens against, and sell, certain real property located in Victoria County, Texas, owned by the Moreland Defendants, and (3) to obtain, if appropriate, the 10% surcharge available under sub-chapter B or C of the Federal Debt Collection Procedure Act.

### JURISDICTION AND VENUE

1.     This Court has jurisdiction of this action under 26 U.S.C. §§ 7402(a) and 7403 and 28 U.S.C. §§ 1331, 1340 and 1345.

## THE PARTIES

2.      Plaintiff is the United States of America.

3.      Defendant, Troy Moreland, is the taxpayer owing taxes to the United States. He resides in Yoakum, Texas, which is within the jurisdiction of this Court.

4.      Defendant, Ashley Moreland, the wife of Troy Moreland, is a taxpayer owing taxes to the United States. She resides in Yoakum, Texas, within the jurisdiction of this Court.

5.      Defendant First State Bancshares of Yoakum, Inc. ("First State") is  joined as a defendant in accordance with 26 U.S.C. § 7403(b) because it may hold a mortgage lien on the real property upon which foreclosure is being requested.  Defendant First State may be served by serving its registered agent and President, A.G. Hermann, III, at 402 West Grand Avenue, Yoakum, Texas, 77995.

6.      Defendant U.S.  Bank National Association, as Trustee for Mastr Asset-Backed Securities Trust 2006-HE4 Mortgage Pass-Through Certificates, Series 2006-HE4 ("U.S. Bank as Trustee") is joined as a defendant in accordance with 26 U.S.C. § 7403(b) because it holds a mortgage lien on the real property upon which foreclosure is being requested.

## COUNT I (JUDGMENT FOR TAX LIABILITY)

7.      A delegate of the Secretary of the Treasury assessed against the Moreland Defendants for unpaid federal income tax (Form 1040), statutory additions, and interest on the dates and for the periods as follows:

| Type of Tax | Tax Period | Date of Assessment | Unpaid Balance as of August 15, 2018 | Date Notice of Federal Tax Lien Filed |
|---|---|---|---|---|
| Form 1040 | 2012 | 09-29-2014 | $34,047.63 | 04-18-2016 |
| Form 1040 | 2013 | 11-03-2014 | $52,100.75 | 04-18-2016 |
| Form 1040 | 2014 | 11-23-2015 | $46,318.81 | 04-18-2016 |
| | | | **Total $132,467.19** | |

2

[*See* Certificates of Assessments, Payments and Other Specified Matters (Form 4340), and Account Transcripts, for the Moreland Defendants for the years 2012, 2013, and 2014, attached as **Government Exhibits 1-3**].  These assessments were made against the Moreland Defendants based on their own voluntarily filed tax returns.

8.      Despite having been given proper notice and demand for payment of the tax liabilities shown in paragraph 7, above, the Moreland Defendants have not fully paid the amounts due. The United  States is therefore entitled to a judgment stating that the Moreland Defendants are liable to the United States for $132,467.19, as of August 15, 2018, plus prejudgment and post judgment interest at the rates set forth in 26 U.S.C. §§ 6601 and 6621, 28 U.S.C. § 1961(c), until paid.

## COUNT II (ENFORCEMENT OF TAX LIENS)

9.      At the time of each of the above-described assessments, a federal tax lien arose, under 26 U. S. C. Section 6321, the tax liabilities and attached to all property or rights to property then owned, or thereafter acquired, by the Moreland Defendants for the unpaid income tax liabilities.

10.      The Moreland Defendants are the owners of certain real property located at 369 Bruce Lane, Yoakum, Texas 77995 ("the Bruce Lane property").  In addition, Troy Moreland owns additional acreage that surrounds the Bruce Lane property.  Upon information and belief, the total acreage of the Bruce Lane property and the surrounding acreage is approximately 25 acres.  The warranty deeds issued to the Moreland Defendants for the Bruce Lane property and the surrounding acreage are attached as **Government Exhibits 4 – 5**.

11.      The Internal Revenue Service recorded Notices of Federal Tax Lien against

Moreland Defendants in the Office of the County Clerk of Victoria County, Texas, with respect to the above described tax liabilities on April 18, 2016, and December 20, 2016.

12.     Certified copies of the Notices of Federal Tax Lien are attached as **Government Exhibits 6 - 7**.  The federal tax liens against the Moreland Defendants attach to and encumber the Bruce Lane property and the surrounding acreage.

13.     As the tax liabilities remain unpaid, the federal tax liens should be foreclosed against the Moreland Defendant's interest in the real properties described in paragraph 10 above. Additionally, the Bruce Lane property and the surrounding acreage should be ordered sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action with the proceeds of the sale being paid first to the costs of sale and then to the parties in the order of their priority of interest in the property.

14.     Defendants First Share and U.S. Bank as Trustee may claim an interest in the Bruce Lane property and if so their priority must be determined.

### COUNT III (FEDERAL DEBT COLLECTION PROCEDURE ACT)

15.     28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

WHEREFORE, the United States of America requests that this Court:

a.     Enter judgment in favor of the United States and against the Moreland Defendants for unpaid federal income tax liabilities for the years 2012, 2013, and 2014, in the amount of

4

$132,467.19, as of August 15, 2018, plus prejudgment and post judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c) until paid;

  b.  Determine that the United States has valid and subsisting federal tax liens which attached to all of the property and rights to property of the Moreland Defendants, including, their interest in the real property described in paragraph 10, above;

  c.  Determine the priority of the interests of the parties in the subject real property described in paragraph 10, above;

  d.  Order that the United States' federal tax liens be foreclosed upon the real property described in paragraph 10, above, that the property be sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action, and that the net proceeds of the sale be distributed to the parties in the order of their priority of interest in the property;

  e.  Order that, if the amounts distributed to the United States from the net proceeds of the sale of the real property described in paragraph 10 above are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against the Moreland Defendants; and

   f.  Award the United States such other and further relief as this Court deems just and proper, including, judgment for an amount equal to its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

          RYAN K. PATRICK
          United States Attorney

          _/s/ Moha P. Yepuri_____
          MOHA P. YEPURI
          Attorney, Tax Division
          State Bar No. 24046651
          U.S. Department of Justice
          717 N. Harwood, Suite 400
          Dallas, Texas 75201
          (214) 880-9767
          (214) 880-9741 (FAX)
          Moha.P.Yepuri@usdoj.gov
          ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on November _____, 2018, the following persons have been served with a copy of the foregoing motion via email by the Court's ECF system:

Jeffrey Ray Seewald
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002

Amanda Goldstein
HICKS THOMAS LLP
700 Louisiana St., Suite 2000
Houston, TX 77002

Richard T Chapman
Anderson Smith et al
PO Box 1969
Victoria, TX 77902

/s/ Moha P. Yepuri_____
MOHA P. YEPURI



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy B. and Ashley G. Moreland, Social Security Numbers: ████ 1427 and ████ -6825, covering United States Individual Income Tax for the period ending December 31, 2012

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Tracy Chadwick
Chief, Accounting Operations

**Government Exhibit**
1

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-------------------------------------------------------------------------------

TROY B & ASHLEY G MORELAND            EIN/SSN:  ▮▮▮ -1427
                                                    -6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | RETURN PREPARER TIN: ▮▮▮ | | | |
| | ADJUSTED GROSS INCOME 205,648.00 | | | |
| | TAXABLE INCOME 134,244.00 | | | |
| | SELF EMPLOYMENT TAX 17,218.00 | | | |
| 08-30-2014 | RETURN FILED & TAX ASSESSED 18221-242-30308-4  201437 | 42,839.00 | | 09-29-2014 |
| 08-01-2012 | ESTIMATED TAX DECLARATION | | 2,000.00 | |
| 08-13-2013 | RECEIVED POA/TIA | | | |
| | ESTIMATED TAX PENALTY 20143705 | 356.87 | | 09-29-2014 |
| | LATE FILING PENALTY 20143705 | 9,188.77 | | 09-29-2014 |
| | FAILURE TO PAY TAX PENALTY 20143705 | 3,675.51 | | 09-29-2014 |
| | INTEREST ASSESSED 20143705 | 2,235.96 | | 09-29-2014 |
| 09-26-2014 | PENDING INSTALLMENT AGREEMENT | | | |
| 11-03-2014 | OVERPAID CREDIT APPLIED 1040       201012 | | 28,904.76 | |
| 01-05-2015 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-06-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

TROY B & ASHLEY G MORELAND            EIN/SSN:          1427
                                                        6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012


                               ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                               (REVERSAL)   (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

01-06-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-16-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

01-16-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

09-26-2014 REVERSES PENDING
           INSTALLMENT AGREEMENT

03-27-2015 PENDING INSTALLMENT
           AGREEMENT

06-27-2015 REVERSES PENDING
           INSTALLMENT AGREEMENT

08-22-2015 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
               PAYMENT LEVY PROGRAM

09-14-2015 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

TROY B & ASHLEY G MORELAND          EIN/SSN:        1427
                                                    6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 09-04-2015 | FEDERAL TAX LIEN | | | |
| 09-28-2015 | FEES AND COLLECTION COSTS | 62.00 | | |
| 09-08-2015 | LIEN CDP NOTICE | | | |
| | INTEREST ASSESSED 20153805 | 915.82 | | 10-12-2015 |
| | FAILURE TO PAY TAX PENALTY 20153805 | 1,516.96 | | 10-12-2015 |
| 11-03-2014 | OVERPAID CREDIT APPLIED 1040     201012 | | 42.48 | |
| 04-15-2016 | FEDERAL TAX LIEN | | | |
| 05-09-2016 | FEES AND COLLECTION COSTS | 104.00 | | |
| 04-19-2016 | LIEN CDP NOTICE | | | |
| 05-01-2017 | INITIAL LEVY ISSUED (EFFECTIVE 01-01-2017) | | | |
| 09-29-2014 | Statutory Notice of Balance Due | | | |
| 10-20-2014 | Statutory Notice of Intent to Levy | | | |
| 10-12-2015 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY B & ASHLEY G MORELAND          EIN/SSN:          1427
                                                      6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


BALANCE       29,947.65


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Tracy Chadwick_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)          PAGE     4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy B. and Ashley T. Moreland, Social Security Numbers: �out-1427 and ▢-6825, covering United States Individual Income Tax for the period ending December 31, 2013

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Tracy Chadwick
Chief, Accounting Operations

**Government Exhibit**
2

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN:        1427
                                                    6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013

                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT    DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

            RETURN PREPARER TIN:


            ADJUSTED GROSS INCOME
                    169,230.00

            TAXABLE INCOME
                    107,867.00

            SELF EMPLOYMENT TAX
                    18,884.00

09-26-2014 RETURN FILED & TAX ASSESSED          35,708.00       11-03-2014
           76221-669-03898-4  201442

09-05-2013 RECEIVED POA/TIA

03-24-2014 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2014

            ESTIMATED TAX PENALTY              641.00           11-03-2014
            20144205

            FAILURE TO PAY TAX              1,249.78           11-03-2014
            PENALTY
            20144205

            INTEREST ASSESSED                597.77           11-03-2014
            20144205

01-05-2015 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-06-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-06-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-16-2015 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340 (REV. 01-2002)                  PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN:          -1427
                                                      -6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-16-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 03-27-2015 | PENDING INSTALLMENT AGREEMENT | | | |
| 06-27-2015 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 08-22-2015 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-14-2015 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-04-2015 | FEDERAL TAX LIEN | | | |
| 09-08-2015 | LIEN CDP NOTICE | | | |
| | INTEREST ASSESSED 20153805 | 1,092.11 | | 10-12-2015 |
| | FAILURE TO PAY TAX PENALTY 20153805 | 3,749.34 | | 10-12-2015 |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN:          ·1427
                                                      ·6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|

04-15-2016 FEDERAL TAX LIEN

04-19-2016 LIEN CDP NOTICE

05-01-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

11-03-2014 Statutory Notice of Balance Due

11-24-2014 Statutory Notice of Intent to Levy

10-12-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

TROY B & ASHLEY T MORELAND          EIN/SSN:        -1427
                                                    -6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2013
------------------------------------------------------------------------


BALANCE       43,038.00


------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Tracy Chadwick_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-il-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)              PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: June 14, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Troy and Ashley T. Moreland, Social Security Numbers: ▮▮▮▮1427 and ▮▮▮▮-6825, covering United States Individual Income Tax for the period ending December 31, 2014

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Tracy Chadwick
Chief, Accounting Operations

**Government Exhibit**
3

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

TROY & ASHLEY T MORELAND            EIN/SSN:        ·1427
                                                    ·6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

------------------------------------------------------------------------

**RETURN PREPARER TIN:**

**ADJUSTED GROSS INCOME**
             168,036.00

**TAXABLE INCOME**
              95,615.00

SELF EMPLOYMENT TAX
          19,266.00

| 10-15-2015 | RETURN FILED & TAX ASSESSED 76211-688-80016-5  201544 | | 32,835.00 | 11-23-2015 |
|---|---|---|---|---|

02-09-2015 RECEIVED POA/TIA

04-10-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

04-15-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

             ESTIMATED TAX PENALTY          590.00          11-23-2015
             20154405

             FAILURE TO PAY TAX           1,313.40          11-23-2015
             PENALTY
             20154405

             INTEREST ASSESSED             604.60          11-23-2015
             20154405

02-29-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

FORM 4340  (REV. 01-2002)             PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

TROY & ASHLEY T MORELAND          EIN/SSN:        1427
                                                  6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |

-----------------------------------------------------------------------------

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-05-2016 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-15-2016 FEDERAL TAX LIEN

04-19-2016 LIEN CDP NOTICE

10-15-2016 AMENDED RETURN FILED
           33277-708-00131-6

11-28-2016 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
               PROGRAM

12-21-2016 AMENDED RETURN FILED
           89277-758-09440-6

           ADDITIONAL TAX ASSESSED                0.00        02-27-2017
           56254-437-05003-7  20170605

02-27-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

TROY & ASHLEY T MORELAND              EIN/SSN:          1427
                                                        6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|

------------------------------------------------------------------

02-27-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

11-23-2015 Statutory Notice of Balance Due

12-14-2015 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

TROY & ASHLEY T MORELAND          EIN/SSN:          1427
                                                    6825


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014
------------------------------------------------------------------------


BALANCE      35,343.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Tracy Chadwick_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)              PAGE    4

OFFICIAL RECORDS INSTRUMENT # 200610954 5 pgs

## WARRANTY DEED

NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU
MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS
INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:
YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

DATE            *Aug 15*, 2006

GRANTOR         *Ricardo mas* RICARDO MARES and MARIA MARES

GRANTEE         TROY B MORELAND and ASHLEY MORELAND

GRANTEE'S MAILING ADDRESS

                *369 Bruce Lane*
                *Victoria, TX 77905*

CONSIDERATION   Ten Dollars and other valuable consideration

PROPERTY  The following described Land

        See EXHIBIT "A" hereto attached, SAVE AND EXCEPT that land
        shown on EXHIBIT "B" hereto attached

Together with and including all of the Grantor's right, title and interest in and to the rights and
appurtenances in any way belonging or appurtenant to said Land, including, without limitation  (i)
any improvements on said Land, (ii) strips and gores, if any, adjacent or contiguous to the Land, (iii)
any land lying in or under the bed of any street, alley, road, creek or stream running through,
abutting or adjacent to the Land, (iv) any riparian rights appurtenant to the Land relating to surface
or subsurface waters, and (v) easements, rights of ingress and egress and reversionary interests
benefitting or serving the Land (the Land and other appurtenant rights being referred to herein as the
"Property")

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY

This conveyance is subject to the following matters to the extent that such are presently in force and
effect and affect the Property

(1)     All easements, rights-of-way and restrictive covenants, if any, of record with the County
        Clerk of the County in which the Property is located,

(2)     Taxes for the current year, the payment of which Grantee assumes,

(3)     All mineral estate reservations and conveyances (including assignments or reservations of
        royalty interests) by Grantor and by Grantor's predecessors in title as shown by the records of
        the County Clerk of the County in which the Property is located, and the rights of the owner
        of any portion of the mineral estate and the rights of any lessee or other person claiming an
        interest in oil, gas and other minerals under oil, gas and mineral leases or other documents as
        such is shown by the records of the County Clerk of the County in which the Property is
        located

GRANT OF PROPERTY

Grantor, for the Consideration and subject to the Reservations From and Exceptions to Conveyance
and Warranty, GRANTS, SELLS, and CONVEYS to Grantee the Property, together with all and
singular the rights and appurtenances thereto in any way belonging, to have and to hold unto
Grantee, Grantee's heirs, executors, administrators, successors, and assigns forever   Grantor binds
Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend

STEWART TITLE
OF VICTORIA, INC.
GF # *A00707173*

---

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

            October 25, 2017

            Heidi Easley, County Clerk

By _____ Deputy
            Michelle Longoria

Government
Exhibit
4

all and singular the Property to Grantee and Grantee's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations From and Exceptions to Conveyance and Warranty

When the context requires, singular nouns and pronouns include the plural

Ricardo Mares
Ricardo mds

Maria Mares

STATE OF TEXAS §
§
COUNTY OF Victoria §

This instrument was acknowledged before me on the 15 day of Aug 2006 by RICARDO MARES and MARIA MARES
Ricardo mds

Melanie D Smith
Notary Public, State of Texas

MELANIE D. SMITH
Notary Public
State of Texas
Comm. Exp. 10-23-2009

Return to
Stewart Title Company of Victoria
115 W Santa Rosa
Victoria, Texas 77901

GF No 26070773 MS

F \3636\06\Mareland\Treyland-227-21-17 doc            - 2 -

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 2 of 5          By           Deputy
Michelle Longoria

# EXHIBIT 'A'

Being a 25.10 acre tract of land situated in the T. & N. O. Railroad Company Survey No. 10, Abstract 472, Victoria County, Texas, and being that same tract of land described as 25 acres as conveyed by Lee P. Nickel to Bruce Nickel according to instrument recorded in Volume 1015, Page 477 of the Deed Records of said County, said 25.10 acre tract of land being more fully described by metes and bounds in Deed of record in Volume 265, Page 01, Official Records, Victoria County, Texas.

Together with a twelve foot (12') easement for ingress and egress described in a deed from Ruby Lee Nickel to Lee P. Nickel, recorded in Volume 1015 Page 153 of the Deed Records of Victoria County, Texas.

All rights under four easement agreements in favor of Bruce Nickel from (1) Thomas L. Geistman, Jr. and Deena Geistman, recorded in Volume 264, Page 845, Official Records; (2) Carl Hewer and Cindy Hewer recorded in Volume 264, Page 858, Official Records; (3) Wilson W. Vowell and Mamie Vowell recorded in Volume 264, Page 852; (4) Sanford R. Brown and Nancy B. Brown recorded in Volume 264, Page 864; providing a forty foot (40') ingress and egress easement to the above 25.10 acres.

NOTE:     The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the above legal description of the area or quantity of land is not a representation that such area or quantity is correct, but is made only for informational and/or identification purposes and does not override item 2 of Schedule B hereof.

---

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy

Michelle Longoria

*Exhibit "B"*

## 10.00 ACRE TRACT
## FIELDNOTE DESCRIPTION

| | |
|---|---|
| STATE OF TEXAS | ) |
| COUNTY OF VICTORIA | ) |

Being 10.00 acres situated in and a part of the T. & N.O. Railroad Survey No. 10, Abstract No. 472, Victoria County, Texas, and is a portion of that certain 25.10 acre tract recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas. This 10.00 acres is more fully described by metes and bounds as follows;

BEGINNING at a iron rod found for the South corner of this 10.00 acres, also being the South corner of said 25.10 acre tract, and the East corner of a 3.362 acre tract recorded in Instrument Number 200413555 of the Official Records of Victoria County, Texas;

THENCE, N 36°00'00" W ( bearing reference line ) with the common line of this tract, said 3.362 acre tract, a 9.09 acre tract recorded in Volume 2, Page 346 of the Official Records of Victoria County, Texas and a 12.50 acre tract recorded in Instrument No. 200003784 of the Official Records of Victoria County, Texas, a distance of 947.00 feet to a iron rod set for the West corner of this 10.00 acres;

THENCE, crossing said 25.10 acre tract as follows;

1. N 54°10'00" E a distance of 460.00 feet to a iron rod set for the North corner of this 10.00 acres;

2. S 36°00'00" E a distance of 947.45 feet to a iron rod set for the East corner of this 10.00 acres;

THENCE, S 54°30'36" W with the common line of this tract and a 25.00 acre tract recorded in Volume 1232, Page 119 of the Deed Records of Victoria County, Texas, a distance of 72.37 feet to a iron rod found for a corner of this 10.00 acres;

THENCE, S 54°10'00" W with the common line of this tract and a 4.21 acre tract recorded in Volume 1327, Page 853 of the Deed Records of Victoria County, Texas, also being the Northwest line of Bruce Lane ( a 12' foot wide ingress and egress easement, Volume 1015, Page 153, Deed Records ) a distance of 387.63 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 10.00 acres.

A survey plat accompanies this description

The foregoing FIELDNOTE DESCRIPTION was prepared from an on the ground survey made under my direction and supervision on August 10, 2006, and bearings are based on a deed recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas.

Dennis J. Ellis
Registered Professional
Land Surveyor
Texas No. 4736

8-11-06
Date

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 4 of 5          By _____ Deputy
                         Michelle Longoria

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Val D Huvar*

2006 AUG 16   04:29 PM  200610954
RONNIED $23.00
VAL D. HUVAR  ,COUNTY CLERK
VICTORIA COUNTY, TEXAS

Ret to ~Troy Moreland
36? Bruce
Yoakum TX   77995

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
        Michelle Longoria

OFFICIAL RECORDS INSTRUMENT # 200610955 4 pgs

## GENERAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF VICTORIA | § | |

THAT RICARDO MARES and spouse, MARIA MARES hereinafter referred to as "Grantor" (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable consideration to Grantor in hand paid by TROY MORELAND, A MARRIED MAN, hereinafter referred to as "Grantee" (whether one or more), the receipt and sufficiency of which are hereby acknowledged and confessed, and for the further consideration of the execution and delivery by said Grantee of one certain Promissory Note in the original principal sum of ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($150,000 00), bearing even date herewith, payable to the order of DECISION ONE MORTGAGE COMPANY, LLC, hereinafter called "Mortgagee", bearing interest at the rate therein provided, said Note containing an attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and Superior Title retained herein in favor of said Grantor and assigned to Mortgagee, and also being secured by a Deed of Trust of even date herewith from Grantee to GEORGE M SHANKS, JR , Trustee, and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the property hereinafter described, as evidenced by the above described Promissory Note, said Vendor's Lien and Superior Title against said property securing the payment of said Promissory Note are hereby assigned, transferred and delivered, without recourse, to Mortgagee, Grantor hereby conveying to said Mortgagee the said Superior Title to said property, subrogating said Mortgagee to all rights and remedies of Grantor in the premises by virtue of said liens,

And Grantor has GRANTED, SOLD AND CONVEYED, and by these presents does GRANT, SELL AND CONVEY, unto said Grantee, the following described real property, to-wit

SEE EXHIBIT 'A' ATTACHED HERETO AND MADE A PART
HEREOF FOR ALL PURPOSES,

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said Grantee, his heirs and assigns, FOREVER Grantor does hereby bind himself, his heirs, executors and administrators, TO WARRANT AND FOREVER DEFEND all and singular the said premises unto the said Grantee, his heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof

This Deed is executed, delivered and accepted subject to all and singular any liens securing the payment of any debt created or assumed in connection herewith if such liens are described herein, ad valorem taxes for the current and all subsequent years, subsequent assessments for prior years due to changes in land usage or ownership, zoning ordinances, utility district assessments and standby fees, if any, applicable to and enforceable against the above described property, and all valid utility easements created by the dedication deed or plat of the subdivision in which said real property is located, covenants, restrictions common to the platted subdivision in which said real property is located, mineral reservations, maintenance fund liens, if any, applicable to and enforceable against the above described property as shown by the records of the County Clerk of the County in which said real property is located, and any title or rights asserted by anyone, including, but not limited to, persons, corporations, governments or other entities to tidelands, or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays,                    gulfs                    or                    oceans,                    or                    to

Page 1 of 2 Pages

STEWART TITLE
OF VICTORIA, INC
GF # 260710773

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

Page 1 of 4

Government Exhibit
5

any land extending from the line of the harbor or bulkhead lines as established or changed by any government or to filled-in lands, or artificial islands, or to riparian rights or other statutory water rights, or the rights or interests of the State of Texas or the public generally in the area extending from the line of mean low tide to the line of vegetation or the right of access thereto, or right of easement along and across the same, if any, applicable to and enforceable against the above described property

But it is expressly agreed that the Grantor herein reserves and retains for himself, his heirs and assigns, a VENDOR'S LIEN, as well as the Superior Title, against the above described property, premises and improvements, until the above described Promissory Note and all interest thereon have been fully paid according to the terms thereof, when this Deed shall become absolute

The contract between Grantor as the seller and Grantee as the buyer may contain limitations as to warranties, to the extent said contract provides for such limitations to survive this conveyance they shall be deemed incorporated herein by reference   The warranty of title contained in this deed is hereby expressly excluded from the limitations referenced in this paragraph

WHEN this Deed is executed by more than one person, or when the Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns"  Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be

DATED the *15* day of AUGUST, 2006

*Ricardo Mares*
RICARDO MARES

*Maria Mares*
MARIA MARES

Grantee's Mailing Address
369 BRUCE LANE
VICTORIA, TEXAS 77905

THE STATE OF TEXAS          §

COUNTY OF *Victoria*        §

____This instrument was acknowledged before me on the _____15_____ day of *Aug*
, 20 *06* by RICARDO MARES  and MARIA MARES

*Melanie D Smith*
NOTARY PUBLIC

My commission expires

_____        Notary's Name (printed)

MELANIE D. SMITH
Notary Public
State of Texas
Comm. Exp  10-23-2008
Page 2 of 4 PAGES

D1 MORELAND 2330060788950 CM cm

---

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page *2* of *4*        By _____  Deputy
                              Michelle Longoria

*Exhibit "A"*

**10.00 ACRE TRACT**
**FIELDNOTE DESCRIPTION**

| | |
|---|---|
| STATE OF TEXAS | } |
| COUNTY OF VICTORIA | } |

Being 10.00 acres situated in and a part of the T. & N.O. Railroad Survey No. 10, Abstract No. 472, Victoria County, Texas, and is a portion of that certain 25.10 acre tract recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas. This 10.00 acres is more fully described by metes and bounds as follows:

BEGINNING at a iron rod found for the South corner of this 10.00 acres, also being the South corner of said 25.10 acre tract, and the East corner of a 3.362 acre tract recorded in Instrument Number 200413555 of the Official Records of Victoria County, Texas;

THENCE, N 36°00'00" W ( bearing reference line ) with the common line of this tract, said 3.362 acre tract, a 9.09 acre tract recorded in Volume 2, Page 346 of the Official Records of Victoria County, Texas and a 12.50 acre tract recorded in Instrument No. 200003784 of the Official Records of Victoria County, Texas, a distance of 947.00 feet to a iron rod set for the West corner of this 10.00 acres;

THENCE, crossing said 25.10 acre tract as follows:

  1. N 54°10'00" E a distance of 460.00 feet to a iron rod set for the North corner of this 10.00 acres;

  2. S 36°00'00" E a distance of 947.45 feet to a iron rod set for the East corner of this 10.00 acres;

THENCE, S 54°30'36" W with the common line of this tract and a 25.00 acre tract recorded in Volume 1232, Page 119 of the Deed Records of Victoria County, Texas, a distance of 72.37 feet to a iron rod found for a corner of this 10.00 acres;

THENCE, S 54°10'00" W with the common line of this tract and a 4.21 acre tract recorded in Volume 1327, Page 853 of the Deed Records of Victoria County, Texas, also being the Northwest line of Bruce Lane ( a 12' foot wide ingress and egress easement, Volume 1015, Page 153, Deed Records ) a distance of 387.63 feet to the PLACE OF BEGINNING; CONTAINING within these metes and bounds 10.00 acres.

A survey plat accompanies this description

The foregoing FIELDNOTE DESCRIPTION was prepared from an on the ground survey made under my direction and supervision on August 10, 2006, and bearings are based on a deed recorded in Volume 265, Page 021 of the Official Records of Victoria County, Texas.

Dennis J. Ellis
Registered Professional
Land Surveyor
Texas No. 4736

8-11-06
Data

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

By _____ Deputy
Michelle Longoria

Page 3 of 4

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Val D Huvar*

2006 AUG 16   04:29 PM 200610955
RONNIED $19.00
VAL D. HUVAR ,COUNTY CLERK
VICTORIA COUNTY, TEXAS

Ret to:   Troy Moreland
369 Bruce Ln
Yoakum TX 77995

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 4 of 4        By _____ Deputy
                              Michelle Longoria

Page 1 of 2

2 pgs
FTL

201604155

**Form 668 (Y)(c)**
(Rev. February 2004)

5216

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>207073716 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  TROY & ASHLEY T MORELAND

Residence        369 BRUCE LN
                 YOAKUM, TX 77995-6611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-1427 | 09/29/2014 | 10/29/2024 | 29843.65 |
| 1040 | 12/31/2013 | XXX-XX-1427 | 11/03/2014 | 12/03/2024 | 43038.00 |
| 1040 | 12/31/2014 | XXX-XX-1427 | 11/23/2015 | 12/23/2025 | 35343.00 |

| Place of Filing | | |
|---|---|---|
| VICTORIA COUNTY<br>VICTORIA, TX 77901 | Total $ | 108224.65 |

This notice was prepared and signed at     NASHVILLE, TN                          , on this,

the    06th    day of    April    ,   2016   .

| Signature   *Cheryl Cordero*<br><br>for F STEWART | Title<br>REVENUE OFFICER<br>(512) 339-5537 | 25-08-2109 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 1 of 2

By _____ Deputy
                Michelle Longoria

**Government Exhibit**

6

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

✓ Filed and Returned to
INTERNAL REVENUE SERVICE
STOP 8420G
PO BOX 145595
CINCINNATI, OH 45250-9734

Heidi Easley, County Clerk
Victoria County  Texas

April 18, 2016  04:51:08 PM

JUILLIANS       FEE: $21.00         201604155
                FTL

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office.  Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 2 of 2    By _____ Deputy
                    Michelle Longoria

Page 1 of 2

   2 pgs   201613885
FTL

11874

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>241693216 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer TROY & ASHLEY T MORELAND

Residence      369 BRUCE LN
               YOAKUM, TX 77995-6611

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-1427 | 11/21/2016 | 12/21/2026 | 6222.18 |

| Place of Filing | | |
|---|---|---|
| VICTORIA COUNTY<br>VICTORIA, TX 77901 | Total $ | 6222.18 |

This notice was prepared and signed at      NASHVILLE, TN                    , on this,

the     13th   day of   December , 2016.

| Signature · *Cheryl Condon*<br>for F STEWART | Title<br>REVENUE OFFICER<br>(512) 339-5537 | 25-08-2109 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

I, Heidi Easley, County Clerk, Victoria County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Government
Exhibit

7

Page 1 of 2          By                              Deputy
                        Michelle Longoria

✓ Filed and Returned to
INTERNAL REVENUE SERVICE
STOP 8420G
PO BOX 145595
CINCINNATI, OH 45250-9734

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Heidi Easley*
Heidi Easley, County Clerk
Victoria County   Texas

December 20, 2016  01:51:55 PM

JUILLIAMS      FEE: $21.00                   201613885
               FTL

I, Heidi Easley, County Clerk, Victoria County, Texas,
do hereby certify that this is a true and correct copy
as the same appears of record in my office. Witness
my hand and Seal of Office on

October 25, 2017

Heidi Easley, County Clerk

Page 2 of 2      By _____ Deputy
                      Michelle Longoria